**Order filed January 20, 2022**



## In The

# Eleventh Court of Appeals

_____

## No. 11-21-00145-CR

_____

## DANIEL RAY GARCIA, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 106th District Court**

**Gaines County, Texas**

**Trial Court Cause No. 19-5086**

### O R D E R

This appeal has become stalled due to the failure of Cara B. McLeod, the court reporter for the 106th District Court, to prepare and file in this court the reporter's record, which was originally due on October 20, 2021. The appellant, who represents himself in this appeal, has filed motions complaining of the delay in the filing of the reporter's record, and he has also filed other motions in this court that require this court to review portions of the reporter's record.

McLeod filed three prior requests for an extension of time to file the reporter's record in this case. When we granted her third request on December 20, 2021, we directed that the reporter's record be filed on or before January 18, 2022. McLeod has now filed her fourth request for an extension of time to file the reporter's record. In her recent request, McLeod states that she and family members currently have COVID. She also indicates that the reporter's record is expected to be approximately 2,500 pages and cover seven days of testimony. Given the extenuating circumstances in this case, we grant McLeod's fourth request for extension. We note, however, that we are not inclined to consider any further extensions from McLeod in this case.

By this order, **Cara B. McLeod is ORDERED to file the reporter's record in this cause on or before 3:00 p.m. on February 17, 2022**. If the reporter's record has not been filed in this court by 3:00 p.m. on February 17, 2022, McLeod is ordered to appear **in person** at that time in the courtroom of the Eleventh Court of Appeals in Eastland, Texas, to explain the delay.

PER CURIAM

January 20, 2022

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.